IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BONNIE ALLEN-PIERONI, ET AL., Plaintiff, | § | |
| V. | § | No. 3:13-cv-4089-M |
| SOUTHWESTERN CORRECTIONAL LLC, ET AL., Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, the Movants' Objections and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated January 26, 2017, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**SO ORDERED** this 22 day of February, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE